IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 11-cv-01135-WDM-KMT

GEORGE FRANCIS OSEI,

    Plaintiff,

v.

JAMES BROOKS,
DAVID NGUYEN,
T. TOBIN,
DAVID STOLLEY AND
THE CITY AND COUNTY OF DENVER,

    Defendants.

---

### NOTICE OF DISMISSAL OF DAVID STOLLEY ONLY

---

The court takes judicial notice that the parties have filed a Stipulation for Dismissal in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii). Accordingly, the claims against David Stolley only are dismissed without prejudice, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on July 14, 2011.

BY THE COURT:

s/ Walker D. Miller
United States Senior District Judge

PDF FINAL