## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Magistrate Judge Kathleen M. Tafoya

**Civil Action No.** 11-cv-01135-PAB-KMT          FTR - Courtroom C-201

**Date:** May 16, 2012                            Deputy Clerk, Nick Richards


GEORGE FRANCIS OSEI,                              Raymond K. Bryant

      Plaintiff,

v.

JAMES BROOKS,                                     Michiko A. Brown
DAVID NGUYEN,
T. TOBIN, and
THE CITY AND COUNTY OF DENVER,

      Defendants.

## COURTROOM MINUTES / MINUTE ORDER

**MOTION HEARING**
**Court in session: 1:33 p.m.**
Court calls case. Appearances of counsel.

Motion Hearing is called regarding Defendants' Motion for Protective Order to Stay Discovery Pending Resolution of Their Motions for Summary Judgment [Doc. No. 69, filed April 4, 2012], Plaintiff's Motion to Strike Defendant's Motion for Protective Order to Stay Discovery Pending Resolution of the Motions for Summary Judgment (Document 69) [Doc. No. 73, filed April 9, 2012], and Plaintiff's Motion to Sever and Strike Defendants' Motion for Sanctions [Doc. No. 104, filed May 14, 2012].

Oral argument from defendant.
Oral argument from plaintiff.

**Court in Recess: 3:27 p.m.**
**Court in Session: 3:52 p.m.**

It is **ORDERED**:    Defendants' Motion for Protective Order to Stay Discovery [69] is **GRANTED**. Discovery is **STAYED** only until District Judge Philip A. Brimmer rules <u>on the issue of qualified immunity</u> as to: 1) Defendants' Motion for Summary Judgment on Plaintiff's Third Claim for Relief Relating to the Toilet Water Incident [Doc. No. 66,

filed April 3, 2012]; and 2) Defendants' Motion for Summary Judgment on Plaintiff's Third and Fourth Claims for Relief [Doc. No. 67, filed April 3, 2012].

The court voices its concern regarding the lack of discovery provided to plaintiff to respond to the substantive assertions in the pending summary judgment motion.  The court finds, however, that the issue of qualified immunity must be resolved before discovery on the merits of the case may proceed.

It is **ORDERED**:   Plaintiff's Oral Motion for Reconsideration on the ruling on Doc. No. 69 is **DENIED**.

It is **ORDERED**:   Plaintiff's Motion to Strike Defendant's Motion for Protective Order to Stay Discovery Pending Resolution of the Motions for Summary Judgment (Document 69) [Doc. No. 73, filed April 9, 2012] is **DENIED**, and Plaintiff's Motion to Sever and Strike Defendants' Motion for Sanctions [Doc. No. 104, filed May 14, 2012] is **DENIED**.

**Court in Recess: 4:16 p.m.**
Hearing concluded.
Total In-Court Time     02:18

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.