### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-01135-PAB-KMT

GEORGE FRANCIS OSEI,

    Plaintiff,

v.

JAMES BROOKS, DAVID NGUYEN, and
T. TOBIN,

    Defendants.

---

### FINAL JUDGMENT

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order [Docket No. 138] of Judge Philip A. Brimmer entered on March 19, 2013, Defendants' Motion for Summary Judgment on Plaintiff's Third Claim for Relief Relating to the Toilet Water Incident [Docket No. 66] is **GRANTED**.  It is

    FURTHER ORDERED that Defendants' Motion for Summary Judgment on Plaintiff's Third and Fourth Claims for Relief [Docket No. 67] is **GRANTED**.  It is

    FURTHER ORDERED that final judgment is entered in favor of the defendants and against the plaintiff and the case is closed.  It is

    FURTHER ORDERED that Defendants are **AWARDED** its costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

    DATED at Denver, Colorado, this 22nd day of March, 2013.

                                    FOR THE COURT:
                                    JEFFREY P. COLWELL, CLERK

                                    By: s/Edward P. Butler
                                        Edward P. Butler, Deputy Clerk